**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-21851-MC-MARTINEZ/AOR**

SECURITIES AND EXCHANGE
COMMISSION,

Applicant,

v.

MICHAEL J. DANIELS, and
DOUGLAS P. ZOLLA, Jr.,

Respondents.
_______________________________________/

# ORDER

THIS CAUSE came before the Court upon Applicant Securities and Exchange Commission's ("Applicant") Application for an Order Enforcing Administrative Subpoenas (hereafter, "Application") [D.E. 1] and Respondent Michael J. Daniels' ("Daniels") Motion to Deny the Order for Enforcement of Administrative Subpoenas (hereafter, "Motion to Deny") [D.E. 8]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 3].

On May 23, 2017, the undersigned set a hearing on the Application for June 19, 2017 [D.E. 6]. The undersigned directed the Applicant to serve a copy of the Order on Respondents Douglas P. Zolla, Jr. ("Zolla") and Daniels by process server and to file proof of such service with the Court, which the Applicant filed on June 8, 2017 [D.E. 6 & 7]. On June 14, 2017, the undersigned issued an Order notifying the parties that the Motion to Deny would also be addressed at the scheduled hearing [D.E. 9]. The undersigned held a hearing on the Application and the Motion to Deny on June 19, 2017. Daniels and Zolla did not appear at the hearing. In accordance with the undersigned's ruling at the hearing, it is

ORDERED AND ADJUDGED as follows:

- The Motion to Deny [D.E. 8] is DENIED.
- The Application is GRANTED as follows:

1. Daniels shall appear for testimony at the Securities and Exchange Commission's Miami Regional Office ("Commission's Miami Office") within **14 days of the date of this Order** in compliance with the administrative subpoena previously served on him.
2. Zolla shall produce documents to the Commission's Miami Office within **10 days of the date of this Order** in compliance with the administrative subpoena previously served on him.
3. Zolla shall appear for testimony at the Commission's Miami Office within **10 days of the production of the documents** ordered above.
4. The Court retains jurisdiction over this matter to insure that Daniels and Zolla comply with the administrative subpoenas and any orders of this Court.

It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Florida, this 19th day of June, 2017.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
Counsel of Record